IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
DEC 02 2024
KEVIN P. WEIMER, Clerk
By: ___ Deputy Clerk

| | |
|---|---|
| DARAINE DELEVANTE. | ) |
| | ) |
| Plaintiff, | ) |
| | ) 1:24-CV-5497 |
| v. | ) Case No. |
| | ) |
| CREDIT KARMA LLC., | ) COMPLAINT |
| | ) |
| Defendant. | ) |

## Parties

1. **Plaintiff Daraine Delevante** is a consumer as defined by the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681a(c).

2. **Defendant Credit Karma, LLC.** is a consumer reporting agency or entity that accesses and uses consumer reports, with its principal office located at 760 Market Street, Floor 2, San Francisco, CA 94102.

## Jurisdiction and Venue

3. This Court has jurisdiction under 28 U.S.C. § 1331 as the claim arises under federal statutes, including the Fair Credit Reporting Act (15 U.S.C. § 1681b and related sections).

4. Venue is proper in this district under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred in this district, and Plaintiff resides in Atlanta, Georgia.

## Factual Allegations

5. Between January 10, 2024, and May 18, 2024, Defendant Credit Karma accessed Plaintiff's consumer reports from Experian without Plaintiff's authorization or any permissible purpose under 15 U.S.C. § 1681b(a).

6. Defendant accessed Plaintiff's consumer report from Experian on 66 separate occasions during this time period.

7. Plaintiff did not give Credit Karma any written permission to pull plaintiffs Experian Reports.

## Legal Claims

9. Defendant violated the Fair Credit Reporting Act (FCRA), specifically:

   - **15 U.S.C. § 1681b(a):** Defendant obtained Plaintiff's consumer reports without a permissible purpose.
   - **15 U.S.C. § 1681q:** Defendant knowingly and willfully obtained Plaintiff's consumer reports under false pretenses.
   - **15 U.S.C. § 1681n(a):** Defendant's actions were willful, entitling Plaintiff to statutory damages of $1,000 per violation and punitive damages.

10. Defendant's conduct caused Plaintiff to suffer emotional distress, reputational harm, economic harm, and an invasion of privacy.

## Relief Requested

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

1. **Statutory Damages:** $66,000 for the 66 unauthorized inquiries on Plaintiff's Experian report (15 U.S.C. § 1681n(a)(1)(B)).
2. **Actual Damages:** In an amount to be determined at trial for the harm caused by Defendant's unauthorized actions.
3. **Punitive Damages:** As allowed under 15 U.S.C. § 1681n(a)(2).
4. **Attorney's Fees and Costs:** As allowed under 15 U.S.C. § 1681n(a)(3).
5. Any other relief the Court deems just and proper.

## Certification and Verification

I, Daraine Delevante, verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

**Date:** November 30, 2024
**Signature:** _[signature]_
Daraine Delevante