IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARAINE DELEVANTE,<br>    Plaintiff,<br><br>v.<br><br>CREDIT KARMA LLC,<br>    Defendant. | CIVIL ACTION NO.<br>1:24-cv-5497-LMM-CMS |

### ORDER

Plaintiff Daraine Delevante initiated this civil action on December 2, 2024, *see* [Doc. 1], but it does not appear that Delevante has served process on or obtained a waiver of service from Defendant Credit Karma LLC.  Because more than ninety days have passed since Delevante filed his complaint, Delevante is **ORDERED** either to (A) **COMPLETE SERVICE**[1] or (B) **SHOW CAUSE** for his failure to do so **ON OR BEFORE APRIL 1, 2025**.  *See* FED. R. CIV. P. 4(m).  If Delevante is unable to complete service, or if he otherwise fails or refuses to comply with the terms of this Order, this case will be subject to dismissal.  *See id.*; *see also* LR 41.3(A)(2), NDGa.

**SO ORDERED**, this 10th day of March, 2025.

*/s/ Catherine Salinas*
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE

---

[1] Delevante is **ORDERED** to file proof of service within five days of completing service.