UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 01 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**DARAINE DELEVANTE,**
Plaintiff,

v. Civil Action No. 1:24-cv-5497-LMM-CMS

**CREDIT KARMA LLC,**
Defendant.

# AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

I, Daraine Delevante, being duly sworn, depose and state as follows:

1. I am the Plaintiff in the above-captioned matter and competent to testify to the facts set forth herein.
2. On multiple occasions prior to the filing of this action, I attempted to submit dispute letters to Defendant Credit Karma LLC at the address listed on my consumer reports and publicly available sources:
**760 Market Street, Floor 2, San Francisco, CA 94102.**
3. All such dispute letters were returned as undeliverable. For example, USPS Tracking Number: **9589 0710 5270 1877 4723 79** resulted in a "Return to Sender" notice.
4. On December 2, 2024, I filed the instant civil action against Credit Karma LLC.
5. In an effort to properly serve the Defendant, I contacted the San Francisco Sheriff's Department, Civil Affairs Division, to effectuate service of process at the address provided in Credit Karma's Terms and Conditions, on their website, and to consumer reporting agencies.
6. I was subsequently informed that the address was undeliverable and that proper service could not be completed due to the Defendant furnishing an incorrect or invalid address, thereby frustrating service of process.
7. As a result, I have been unable to perfect service on Defendant as required under Federal Rules of Civil Procedure.
8. I respectfully request that this Honorable Court dismiss this action **without prejudice**, thereby reserving my right to later recommence this action once proper service can be effectuated.
9. This request is made in good faith and not for the purpose of delay.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1 day of April 2025.

*[signature]*

Daraine Delevante
Plaintiff, Pro Se
360 Pharr Road NE APT 114 ATL GA 30305

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Daraine Delevante, Pro Se, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and respectfully moves this Court for an Order dismissing this action without prejudice.

As grounds for this motion, Plaintiff states:

1. Defendant has not been served with process due to the Defendant furnishing an invalid address.
2. Defendant has not filed an answer or motion for summary judgment in this matter.
3. Plaintiff reserves the right to refile this action upon securing valid service on Defendant.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order dismissing this action **without prejudice**, and for such other and further relief as the Court deems just and proper.

Respectfully submitted this 1 day of April, 2025.