IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARAINE DELEVANTE,<br>    Plaintiff,<br><br>v.<br><br>CREDIT KARMA LLC,<br>    Defendant. | CIVIL ACTION NO.<br>1:24-cv-5497-LMM-CMS |

**FINAL REPORT AND RECOMMENDATION**

Plaintiff Daraine Delevante initiated this civil action on December 2, 2024. [Doc. 1]. On March 10, 2025, I ordered Delevante to complete service on Defendant Credit Karma LLC ("Credit Karma"), or show cause for his failure to do so, by April 1, 2025. [Doc. 3]. On April 1, 2025, Delevante filed a motion for voluntary dismissal without prejudice. [Doc. 4].

In his motion, Delevante states that he has been unable to serve process on Credit Karma. [Doc. 4 at 1]. Delevante requests that the Court dismiss this case without prejudice. [*Id.*].

Federal Rule of Civil Procedure 41(a)(1)(A)(i) permits a plaintiff to "dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1)(A)(i). Credit Karma has not filed an answer or a motion for summary judgment. *See generally* [Docket]. Thus, Delevante could have dismissed the action without obtaining the Court's permission. *Id.* I, therefore, **RECOMMEND**

that Delevante's motion for voluntary dismissal [Doc. 4] be **GRANTED** and that this case be **DISMISSED WITHOUT PREJUDICE.**

Because this is a Final Report and Recommendation, and there is nothing more pending before the undersigned, I **DIRECT** the Clerk to **TERMINATE** the referral of this civil action to me.

**SO REPORTED AND RECOMMENDED**, this 2nd day of April, 2025.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE