IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DARAINE DELEVANTE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:24-cv-05497-LMM |
| CREDIT KARMA LLC, | : | |
| | : | |
| Defendant. | : | |

# ORDER

This matter is before the Court on Plaintiff's motion for voluntary dismissal, Dkt. No. [4], and the Magistrate Judge's Report and Recommendation recommending that the motion be granted, Dkt. No. [5]. Because Plaintiff could have dismissed the action without leave of court, the Court finds it unnecessary to wait for objections and hereby **ADOPTS** the Report and Recommendation, Dkt. No. [5], as its opinion: Plaintiff's motion for voluntary dismissal, Dkt. No. [4], is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 2nd day of April, 2025.

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE